**Arnold C. MOORE, Petitioner–
Appellant,**

v.

**Ronald J. ANGELONE, Director, Vir-
ginia Department of Corrections,
Respondent–Appellee.**

No. 02–6145.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Arnold C. Moore, Appellant Pro Se.
Richard Bain Smith, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Arnold C. Moore appeals the district
court's order denying relief on his petition

filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Moore v. Angelone*, No. CA-01-486-AM (E.D.Va. Dec. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*